UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE CATHCART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV2125 JAR |
| | ) | |
| AMERICAN EXPRESS, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Compel (ECF No. 35). On this date, the Court held a conference call, and the parties represented that the discovery at issue had been provided. Therefore, based upon the representations of counsel, the Court denies Defendants' Motion to Compel as moot.

In addition, the parties notified the Court they have agreed to a mediator and a mediation date. Based upon this information, the Court extends the deadline for completion of mediation until April 25, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Compel [35] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the deadline for completion of mediation is **April 25, 2013**.

Dated this 1st day of March, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE